FILED
2005 APR 27 P 4: 08
CLERK, US DIST. COURT
EASTERN DIST OF CALIF
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SALVADOR BACA SANCHEZ,

vs.

WARDEN RAWERS, et al.,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

CV-F-02-6305 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____
_____

__X__ Denied for the following reason:
SUBSTANTIAL EVIDENCE SUPPORTS STATE BPT DENIAL OF PAROLE TO PETITIONER BASED ON PRIOR MURDER CONVICTION, UNSTABLE SOCIAL HISTORY, AND ADDITIONAL CRIMINAL HISTORY.

Dated:  4-27-05

OLIVER W. WANGER
United States District Judge